## GOLDBLATT v. CITY OF DALLAS.

No. 1317.   Decided May 20, 1968.

*Joseph A. Devany* for appellant.

*N. Alex Bickley, Ted P. MacMaster,* and *H. P. Kucera* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.

## HOWARD v. OHIO.

No. 1217, Misc.   Decided May 20, 1968.

*Neil K. Evans* for appellant.

*John T. Corrigan* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.